**In the Matter of DEBORAH A.**

**No. 80–34–M.P.**

Supreme Court of Rhode Island.

Jan. 31, 1980.

Mary M. Lisi, Paula Rosin, Asst. Public Defenders, for petitioner.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of certiorari and motion for stay are denied.

DORIS, J., did not participate.

---

**Muriel LAGOTTE et al.**

v.

**Meranna CHRISTIAN· et al.**

**No. 79–521–M.P.**

Supreme Court of Rhode Island.

Jan. 31, 1980.

Zimmerman, Roszkowski & Brenner, Richard E. Kyte, Jr., Woonsocket, for plaintiffs-respondents.

Laurent C. Bilodeau, Woonsocket, for defendants-petitioners.

### ORDER

The petition for writ of certiorari is denied. The respondents' request for attorney's fee is denied.

DORIS and MURRAY, JJ., did not participate.

---

**Evelyn PANDOZZI et al.**

v.

**The PROVIDENCE LODGE NO. 14 OF the BENEVOLENT AND PROTECTIVE ORDER OF ELKS.**

**No. 79–505–M.P.**

Supreme Court of Rhode Island.

Jan. 31, 1980.

Letts, Quinn & Licht, Frank N. Ray, Daniel J. Murray, Dianne Curran, Providence, for plaintiffs-respondents.

Carroll, Kelly & Murphy, John R. Mahoney, Providence, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is denied.

DORIS and MURRAY, JJ., did not participate.